AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

FILED
VANESSA L. ARMSTRONG, CLERK
SEP 04 2019
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 5:19mJ-222-LLK |
| Derek Railey | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **August 19, 2019** in the county of **Crittenden** in the **Western** District of **Kentucky**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A(a)(2)(A) | Receipt and distribution of child pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David McClelland, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/04/2019

_____
*Judge's signature*

City and state: Paducah, Kentucky    Lanny King, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## APPLICATION FOR CRIMINAL COMPLAINT

I, David A. McClelland, being duly sworn, depose and state:

1. This affidavit is being submitted in support of a criminal complaint for Derek Railey. For reasons set forth below, I believe that there is probable cause that that Derek Railey violated federal child exploitation laws, specifically 18 U.S.C. § 2252A(a)(2) (distribution and receipt of child pornography).

2. Affiant has been a Special Agent with the Federal Bureau of Investigation for over 25 years. My duties include the investigation of various violations of federal criminal laws including matters involving the sexual exploitation of children, including the online sexual exploitation of children, in violation of 18 U.S.C. § 2251, *et seq.*, which criminalize the production, advertising, possession, receipt and transmission of child pornography. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography in multiple forms of media, including computer media. I have participated in the execution of multiple federal search warrants, many of which have involved child exploitation and/or child pornography offenses.

3. The statements contained in this Affidavit are based in part on information I have learned through my own investigation, experience and background as a Special Agent with the FBI. The statements are also based on information gained from other law enforcement personnel, who have assisted in this investigation, as well as other law enforcement officials involved in similar investigations. This affidavit does not contain all of the information known to me regarding this investigation. I have included in this affidavit facts that I believe are sufficient to support a probable cause finding for the issuance of the requested complaint but I do not purport to include each and every matter of fact observed or known to me or other law enforcement agents involved in this investigation.

4. Chapter 110 [18 U.S.C. § 2251 *et seq.*], of the Federal Criminal Code addresses federal criminal offenses involving the sexual exploitation and other abuse of children. Title 18, United States Code, Section 2252A(a)(2)(A) makes it a federal crime for any person to knowingly receive or distribute, any child pornography that has been mailed, or shipped or transported in interstate or foreign commerce

1

by any means, including by computer.

5. A minor is defined under federal law as any person under the age of eighteen. 18 U.S.C. § 2256(1). Child pornography is defined as any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct. 18 U.S.C. § 2256(8)(A). Sexually explicit conduct covers actual or simulated (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (ii) bestiality; (iii) masturbation; (iv) sadistic or masochistic abuse; or (v) lascivious exhibition of the genitals or pubic area of any person. 18 U.S.C. § 2256(2)(A).

## FACTS AND CIRCUMSTANCES

6. This application for a criminal complaint stems from information provided by various law enforcement entities.

7. In October 2013, the Sturgis, Kentucky Police Department received a complaint from the Nashville, TN Metro Police Department, Sex Crimes Division, stating an individual identified as Derek Railey had a conversation with an individual in Nashville and told him he was having sexual contact with his 7 and 11 year old nephews. Railey was subsequently interviewed by the Sturgis Police and he admitted he had made these statements to gain attention from the other male he was conversing with, and the statements were not true.

8. In May 2014 the Union County, Kentucky Sheriff's Office received a complaint that Railey had sexually abused a juvenile while he was asleep at Railey's residence. The victim stated that Railey had touched the juvenile's penis and asked the juvenile if he could take a picture of the juvenile's penis. Railey allegedly texted someone on his phone and told the person he had a 13 year old that wants to show his penis. The juvenile refused. Railey was charged with sexual assault of a minor, and plead guilty to a lesser charge.

9. In August 2015 the Kentucky State Police received a complaint from an individual from Indiana who had been chatting with Railey on a phone application called Grindr, which is designed for homosexual men to chat and share photos via cellphone or computer. The complainant said that on numerous occasions Railey had made comments about having sexual contact with his 10 year old nephew and

4 year old son. Railey had also sent a picture of a nude child to the complainant through Grindr with an associated email address of derekrailey@gmail.com. Railey was interviewed by the KSP admitted to sending child pornography pictures through this Grindr account, and was charged and convicted with Distributing Child Pornography by the Kentucky State Police.

10. In June 2019 the Allegan County, Michigan Sheriff's Office received a complaint from an individual who had been chatting on the Grinder application and the chats migrated to Snapchat. Snapchat is an application commonly used on cellphones and/or computers to communicate and share pictures. The complainant stated that the person was using the Snapchat user name "dehric00" as well as the identifier "Drock". Dehric00 stated that he had a 7 year old son and liked to nap and shower with his son. Dehic00 also claimed to have had several sexual encounters with young children including a 2 year old child.

11. On August 19, 2019 the Owensboro FBI was contacted by the KSP who advised that a 17-year-old male in Alabama (hereafter MV) had been chatting with an individual on the Grindr application and later on Snapchat, who used the Snapchat screen name dehric00. The Tallassee, Alabama Police Department advised affiant that MV has been known to operate as a male escort. MV claimed that the user of dehric00 had sent pictures of a naked minor boy through Grindr and had solicited child pornography pictures of MV. Dehric00 stated on Grindr that he wanted to travel to meet MV with the boy so that they could both have sex with the boy and then kill the child. This conversation was preserved and saved by the Tallassee Police Department.

12. MV first encountered Railey online approximately six months ago while using the Grinder application. At the time Railey had mentioned having sex with children and MV ended the conversation. Six months later MV made a new Grinder account and was again contacted by Railey. MV continued to chat with Railey in hopes of being able to forward the information about Railey's claims to law enforcement. During this exchange which occurred on or about August 19, 2019, Railey sent child pornography to MV and solicited child pornography from MV.

13. The following are excerpts from the exchange between MV and Railey:
MV: I'm 17.
DR: I'm 32, my kid is 8. (Picture of DR's penis sent to MV)
MV: Nice.
DR: Let's see your front.
MV: You're fucking sexy. I wish that cum was in my ass. You have a nice cock.

3

(Sends a picture of MV's penis)
DR: Would you want my kid naked next to us while I fuck you?
MV: That'd be hot. Teaching him how it is done.
DR: (sends a picture of a young boy sitting on a couch with no shirt) my kid.
MV: cute
DR: You can suck him while I fuck you...I watched a 20 year old rape his 2 year old nephew.
MV: When can we meet?
DR: Let's see. Pix of your cock and chest together.
MV: ...okay (sends picture of penis and bare chest)
DR: I'd even kill a 7 year old...let's kill him and fuck his dead body (sends picture of penis and pants)...take a picture like I did.
MV: okay (sends picture of penis and pants)
DR: I really want to do this.
MV: Me too. So when?
DR: We are going to be Pedo kid killers...(Sends picture of young boy bent over with anus and scrotum showing) cum for my kid...I can't believe I get this hard.
MV: Show me you pedo.
DR: (sends picture of his face)...are you hard?
MV: yes
DR: Let's see.
MV: I'm at Walmart..my mom drove me. (Sends picture of penis with pants pulled down)
DR: Is that the bathroom at Walmart?
MV: Yeah.

14. On September 4, 2019, officers executed a federal search warrant on an address in Sturgis, Kentucky. Derek Railey was present, and after being shown exerpts of the August 19 chat in the paragraph above, he stated that he recalled the chat and that he was the person communicating with MV on Grindr. He also acknowledged sending a (non-pornographic) picture of himself during the chat. He acknowledged talking about raping a child, but denied sending child pornography. He stated he believed the person he was talking to was not a minor.

## CONCLUSION

15. Based upon all of the information set forth in this application, your Affiant respectfully submits that there is probable cause to believe that on or about August 19, 2019, Derek Railey violated 18 U.S.C. § 2252A(a)(2) (distribution and receipt of child pornography).

4



_____
David A. McClelland,
Special Agent
Federal Bureau of Investigation

Subscribed to and sworn to before me this 4th day of September 2019.

_____
Lanny King
U.S. Magistrate Judge