UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

FILED
VANESSA L. ARMSTRONG, CLERK

SEP 10 2019

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**DEREK RAILEY**

INDICTMENT

NO. 5:19CR 50-TBR

18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(b)(1)
18 U.S.C. § 2253(a)(3)

The Grand Jury charges:

## COUNT 1
*(Distribution of child pornography)*

On or about August 19, 2019, in the Western District of Kentucky, Crittenden County, Kentucky, and elsewhere, **DEREK RAILEY**, defendant herein, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

The Grand Jury further charges:

## COUNT 2
*(Receipt of child pornography)*

On or about August 19, 2019, in the Western District of Kentucky, Crittenden County, Kentucky, and elsewhere, **DEREK RAILEY**, defendant herein, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped

and transported using any means and facility of interstate and foreign commerce, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).


## FORFEITURE NOTICE

As a result of committing the offenses in violation of Counts 1 and 2 of this Indictment, **DEREK RAILEY**, defendant herein, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a)(3), all of the rights, title, and interests in any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property, including but not limited to: a Samsung S10+ cellular phone bearing serial number R38M2098JKV and a Dell laptop computer bearing serial number 9W5M1X1.

A TRUE BILL.


FOREPERSON

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:MTS

2

UNITED STATES OF AMERICA v. **DEREK RAILEY**

## P E N A L T I E S

Count 1-2:  NL 5 yrs./NM 20 yrs./$250,000/both/ NL 5 yrs./NM Life Supervised Release (with prior conviction NL 15 yrs/NM 40 yrs).
\*mandatory $5,000 assessment per count if the defendant is non-indigent

Forfeiture

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  | |  | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
|  | $125 per count/other |  | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule.  You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.  18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1.  **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987:</u>

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.  This rate changes monthly.  Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2.  Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.  Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.  18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.      That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.      Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:         Clerk, U.S. District Court
                    106 Gene Snyder U.S. Courthouse
                    601 West Broadway
                    Louisville, KY  40202
                    502/625-3500

BOWLING GREEN:      Clerk, U.S. District Court
                    120 Federal Building
                    241 East Main Street
                    Bowling Green, KY  42101
                    270/393-2500

OWENSBORO:          Clerk, U.S. District Court
                    126 Federal Building
                    423 Frederica
                    Owensboro, KY  42301
                    270/689-4400

PADUCAH:            Clerk, U.S. District Court
                    127 Federal Building
                    501 Broadway
                    Paducah, KY  42001
                    270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No: 5: 19CR50-TBR

# UNITED STATES DISTRICT COURT
### Western District of Kentucky
### At Paducah

## THE UNITED STATES OF AMERICA

vs.

## DEREK RAILEY

## INDICTMENT

**Count 1 – *Distribution of Child Pornography*
18 U.S.C. §§ 2252A(a)(2) and (b)(1)**

**Count 2 – *Receipt of Child Pornography*
18 U.S.C. §§ 2252A(a)(2) and (b)(1)**

## Forfeiture

*A true* 

*                                                      person*

*Filed in open court this 10th day of September, 2019.*

FILED

*Clerk* VANESSA L. ARMSTRONG, CLERK

SEP 10 2019

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

*Bail, $*